DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, REBECCA PELETI and LALE PELETI

ONGARO PC
SCOTT SHEPARDSON, ESQ. (SBN 197446)
1604 Union Street
San Francisco, CA 94123
Telephone: 415.433.3900
Facsimile: 415.422.3950

Attorneys for Defendant, FCA US, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REBECCA PELETI, an individual, LALE PELETI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 5:22-CV-01425-JGB-SP <br><br> (Removed from San Bernardino County Superior Court Case No. CIVSB2212617) <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> *Assigned for all purposes to* **THE HONORABLE JESUS G. BERNAL** |

Plaintiffs, REBECCA PELETI and LALE PELETI, and Defendant, FCA US LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS the parties agree that the matters in dispute between Plaintiffs and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: November 2, 2023           **THE BARRY LAW FIRM**

By: */s/ David N. Barry*
David Barry
Attorneys for Plaintiffs, REBECCA PELETI and LALE PELETI

Dated: November 2, 2023           ONGARO PC

By: */s/ Scott Shepardson*
Scott Shepardson, Esq.
Attorneys for Defendant, FCA US LLC

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, David N. Barry, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ David N. Barry*

David N. Barry

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I filed the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                     _/s/ David N. Barry_